952 A.2d 1163

**ERIE INSURANCE EXCHANGE, Respondent**

v.

**Eugene BAKER, Petitioner.**

Supreme Court of Pennsylvania.

May 15, 2008.

## ORDER

PER CURIAM:

AND NOW, this 15th day of May, 2008, the Petition for Allowance of Appeal is hereby GRANTED. The issue, as stated by Petitioner, is:

Whether Section 1738(a) of the MVFRL precludes the application of the so-called "household exclusion" to prevent inter-policy UIM stacking when there has been no valid waiver of stacking by the insured?

The Insurance Commissioner is invited to file an *amicus* brief in the above-captioned case.